FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR 19 PM 1: 16

CLERK _____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

JOE CURTIS HARRIS,                       :

        Plaintiff,                       :

    v.                                          :                CIVIL ACTION NO.: CV507-018

Officer BALDWIN,                          :

        Defendant.                     :

## O R D E R

Plaintiff has moved this Court for voluntary dismissal of the captioned action.

Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiff's Motion to Dismiss is hereby **GRANTED**.

Plaintiff's case is **DISMISSED**, without prejudice.

**SO ORDERED**, this _19th_ day of _APRIL_, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)